```
 1  Matthew Franklin Jaksa (CA State Bar No. 248072)
    HOLME ROBERTS & OWEN LLP
 2  560 Mission Street, 25th Floor
 3  San Francisco, CA 94105-2994
    Telephone: (415) 268-2000
 4  Facsimile: (415) 268-1999
    Email:     matt.jaksa@hro.com
 5
 6  Attorneys for Plaintiffs,
    CAPITOL RECORDS, INC.; ARISTA
 7  RECORDS LLC; SONY BMG MUSIC
    ENTERTAINMENT; and BMG MUSIC
 8
```

FILED
07 SEP 20 PM 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**BZ**

C 07 4836

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE #2,<br>　　　　Defendant. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
7  Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
8  EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
9  Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded
10 company.  EMI Group plc. is publicly traded in the U.K.

11 The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
12 BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
13 Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,
14 Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of
15 which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.

16 The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
17 ENTERTAINMENT:  USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
18 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
19 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony
20 Corporation is publicly traded in the U.S.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

Certification of Interested Entities or Persons
Case No.
#32412 v1

1  The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola
2  Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
3  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
4  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
5  Corporation is publicly traded in the U.S.

6  Dated: September 20, 2007                                HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
CAPITOL RECORDS, INC.; ARISTA
RECORDS LLC; SONY BMG MUSIC
ENTERTAINMENT; and BMG MUSIC

Certification of Interested Entities or Persons
Case No.
#32412 v1