1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
   Facsimile: (415) 268-1999
4
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   CAPITOL RECORDS, INC.; ARISTA
7  RECORDS LLC; SONY BMG MUSIC
   ENTERTAINMENT; and BMG MUSIC
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

11

12  CAPITOL RECORDS, INC., a Delaware
    corporation; ARISTA RECORDS LLC, a          CASE NO.                4886
13  Delaware limited liability company; SONY
    BMG MUSIC ENTERTAINMENT, a Delaware        *EX PARTE* **APPLICATION FOR LEAVE**
14  general partnership; and BMG MUSIC, a New  **TO TAKE IMMEDIATE DISCOVERY**
    York general partnership,
15                     Plaintiffs,
16
17       v.
18
    JOHN DOE #2,
19                     Defendant.
20
21
22
23
24
25
26
27
28

*Ex Parte* Application for Leave to Take Immediate Discovery
Case No.
#32415 v1

FILED

07 SEP 20 PM 1:41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    Plaintiffs, through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26

2  and 45, the Declaration of Carlos Linares, and the authorities cited in the supporting Memorandum

3  of Law, hereby apply *ex parte* for an Order permitting Plaintiffs to take immediate discovery.

4    In support thereof, Plaintiffs represent as follows:

5    1.    Plaintiffs, record companies who own the copyrights in the most popular sound

6  recordings in the United States, seek leave of the Court to serve limited, immediate discovery on a

7  third party Internet Service Provider ("ISP") to determine the true identity of Defendant John Doe #

8  2 ("Defendant"), who is being sued for direct copyright infringement.

9    2.    As alleged in the complaint, Defendant, without authorization, used an online media

10  distribution system to download Plaintiffs' copyrighted works and/or distribute copyrighted works to

11  the public. Although Plaintiffs do not know the true name of Defendant, Plaintiffs have identified

12  Defendant by a unique Internet Protocol ("IP") address assigned to Defendant on the date and time

13  of Defendant's infringing activity.

14    3.    Plaintiffs intend to serve a Rule 45 subpoena on the ISP seeking documents that

15  identify Defendant's true name, current (and permanent) address and telephone number, e-mail

16  address, and Media Access Control ("MAC") address. Without this information, Plaintiffs cannot

17  identify Defendant or pursue their lawsuit to protect their copyrighted works from repeated

18  infringement.

19    4.    Good cause exists to allow Plaintiffs to conduct this limited discovery in advance of a

20  Rule 26(f) conference where there are no known defendants with whom to confer.

21    WHEREFORE, Plaintiffs apply *ex parte* for an Order permitting Plaintiffs to conduct the

22  foregoing requested discovery immediately.

23  Dated:  September 20, 2007                 HOLME ROBERTS & OWEN LLP

24

25                                          By: _____

26                                              MATTHEW FRANKLIN JAKSA
                                               Attorney for Plaintiffs
27                                              CAPITOL RECORDS, INC.; ARISTA
                                               RECORDS LLC; SONY BMG MUSIC
28                                              ENTERTAINMENT; and BMG MUSIC

1