AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District<br>CLERK U.S. DISTRICT COURT<br>450 GOLDEN GATE AVE., BOX 36060<br>SAN FRANCISCO, CA 94102 |
|---|---|
| DOCKET NO.<br>C-07-4836-BX | DATE FILED<br>9/20/2007 |

C 07 4836 BZ

PLAINTIFF
CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

DEFENDANT
JOHN DOE # 2

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| RICHARD W. WIEKING | THELMA NUDO | 9/20/2007 |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## JOHN DOE # 2

**IP Address:** 129.210.185.240 2007-03-21 22:51:14 EDT          **CASE ID#** 122692675

**P2P Network:** Gnutella          **Total Audio Files:** 111

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Capitol Records, Inc. | Bonnie Raitt | Nick of Time | Nick of Time | 102-443 |
| Capitol Records, Inc. | Everclear | Normal Like You | So Much For The Afterglow | 181-328 |
| Arista Records LLC | Outkast | Aquemini | Aquemini | 264-092 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Criminal | Tidal | 227-923 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |
| BMG Music | Martina McBride | Still Holding On | Evolution | 240-332 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cold Day In July | Fly | 275-086 |
| Capitol Records, Inc. | Everclear | Santa Monica | Sparkle And Fade | 279-015 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC | DEFENDANT<br>JOHN DOE # 2 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE # 2

**IP Address:** 129.210.185.240 2007-03-21 22:51:14 EDT        **CASE ID#** 122692675

**P2P Network:** Gnutella        **Total Audio Files:** 111

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Bonnie Raitt | Nick of Time | Nick of Time | 102-443 |
| Capitol Records, Inc. | Everclear | Normal Like You | So Much For The Afterglow | 181-328 |
| Arista Records LLC | Outkast | Aquemini | Aquemini | 264-092 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Criminal | Tidal | 227-923 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |
| BMG Music | Martina McBride | Still Holding On | Evolution | 240-332 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cold Day In July | Fly | 275-086 |
| Capitol Records, Inc. | Everclear | Santa Monica | Sparkle And Fade | 279-015 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC | DEFENDANT<br>JOHN DOE # 2 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE # 2

**IP Address:** 129.210.185.240 2007-03-21 22:51:14 EDT         **CASE ID#** 122692675

**P2P Network:** Gnutella                                        **Total Audio Files:** 111

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Bonnie Raitt | Nick of Time | Nick of Time | 102-443 |
| Capitol Records, Inc. | Everclear | Normal Like You | So Much For The Afterglow | 181-328 |
| Arista Records LLC | Outkast | Aquemini | Aquemini | 264-092 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Criminal | Tidal | 227-923 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |
| BMG Music | Martina McBride | Still Holding On | Evolution | 240-332 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cold Day In July | Fly | 275-086 |
| Capitol Records, Inc. | Everclear | Santa Monica | Sparkle And Fade | 279-015 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Northern District** | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| **PLAINTIFF**<br>CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC | | **DEFENDANT**<br>**JOHN DOE # 2** |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

## EXHIBIT A

## JOHN DOE # 2

**IP Address:** 129.210.185.240 2007-03-21 22:51:14 EDT

**CASE ID#** 122692675

**P2P Network:** Gnutella

**Total Audio Files:** 111

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Bonnie Raitt | Nick of Time | Nick of Time | 102-443 |
| Capitol Records, Inc. | Everclear | Normal Like You | So Much For The Afterglow | 181-328 |
| Arista Records LLC | Outkast | Aquemini | Aquemini | 264-092 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Criminal | Tidal | 227-923 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |
| BMG Music | Martina McBride | Still Holding On | Evolution | 240-332 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cold Day In July | Fly | 275-086 |
| Capitol Records, Inc. | Everclear | Santa Monica | Sparkle And Fade | 279-015 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC | DEFENDANT<br>JOHN DOE # 2 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

## EXHIBIT A

## JOHN DOE # 2

**IP Address:** 129.210.185.240 2007-03-21 22:51:14 EDT          **CASE ID#** 122692675

**P2P Network:** Gnutella                                        **Total Audio Files:** 111

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Bonnie Raitt | Nick of Time | Nick of Time | 102-443 |
| Capitol Records, Inc. | Everclear | Normal Like You | So Much For The Afterglow | 181-328 |
| Arista Records LLC | Outkast | Aquemini | Aquemini | 264-092 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Criminal | Tidal | 227-923 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |
| BMG Music | Martina McBride | Still Holding On | Evolution | 240-332 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cold Day In July | Fly | 275-086 |
| Capitol Records, Inc. | Everclear | Santa Monica | Sparkle And Fade | 279-015 |