1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., et. al., | ) ) ) ) ) ) ) ) ) ) | No. C 07-4836 **ORDER GRANTING *EX PARTE* APPLICATION TO TAKE IMMEDIATE DISCOVERY** |
| Plaintiff(s), | | |
| v. | | |
| JOHN DOE #2, | | |
| Defendant(s). | | |

Upon the plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, **IT IS HEREBY ORDERED** that plaintiffs may serve immediate discovery on Santa Clara University to obtain the identity of Defendant John Doe #2 by serving a Rule 45 subpoena that seeks documents that identify Defendant John Doe #2, whose Internet Protocol Address has been identified as 129.210.185.240 2007-3-21 22:51:14 EDT (*see* Exhibit A), including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control address.

1

**IT IS FURTHER ORDERED** that any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright Act.

Dated:   October 3, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Capitol v. john doe 2\order granting ex parte application to take immediate discov.wpd

## EXHIBIT A

## JOHN DOE # 2

**IP Address:** 129.210.185.240 2007-03-21 22:51:14 EDT

**CASE ID#** 122692675

**P2P Network:** Gnutella

**Total Audio Files:** 111

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Bonnie Raitt | Nick of Time | Nick of Time | 102-443 |
| Capitol Records, Inc. | Everclear | Normal Like You | So Much For The Afterglow | 181-328 |
| Arista Records LLC | Outkast | Aquemini | Aquemini | 264-092 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Criminal | Tidal | 227-923 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |
| BMG Music | Martina McBride | Still Holding On | Evolution | 240-332 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cold Day In July | Fly | 275-086 |
| Capitol Records, Inc. | Everclear | Santa Monica | Sparkle And Fade | 279-015 |