Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DISTRICT

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>                Plaintiffs,<br>    v.<br>JOHN DOE #2,<br>               Defendant. | CASE NO. 3:07-CV-04836-BZ<br><br>**The Honorable Bernard Zimmerman**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04836-BZ
#34650 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs CAPITOL RECORDS, INC., *et al.*, by
2  and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3  claims against Defendant John Doe #2, also identified as ID #122692675 with IP address
4  129.210.185.240 2007-03-21 22:51:14 EDT, each party to bear its/his own fees and costs.  The Clerk
5  of Court is respectfully requested to close this case.

6  Dated:  January 2, 2008     HOLME ROBERTS & OWEN LLP

8  By: */s/ Matthew Franklin Jaksa*
       MATTHEW FRANKLIN JAKSA
       Attorney for Plaintiffs
       CAPITOL RECORDS, INC.; ARISTA
       RECORDS LLC; SONY BMG MUSIC
       ENTERTAINMENT; and BMG MUSIC